UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:14-cv-21559-UU

COLIN BOWE, *et al.*,

 Plaintiffs,

v.

PUBLIC STORAGE,

 Defendant.
_____/

## **ORDER**

THIS CAUSE is before the Court upon the Class's Second Unopposed Motion for Approval of Class Notice and Notice Program, D.E. 316, filed May 27, 2015.

THE COURT has considered the pertinent portions of the record, and is otherwise fully advised of the premises. The Class moves the Court to approve its proposed short-form and long-form notices, which are attached as exhibits to its Motion. D.E. 316-1 and D.E. 316-2. The Class also moves the Court to approve the notice program, which consists of providing short-form notice through email and postal mail that directs class members to a website where the long-form notice will provide class members with additional information about the lawsuit. The website will also contain pertinent pleadings and orders. The Class will also publish the short-form notice in the *Miami Herald* and the *Tampa Tribune*. Defendant does not oppose the relief sought.

The Court finds that the notices and the notice program satisfy the requirements of Federal Rule of Civil Procedure 23(c)(2)(B). The only item currently blank in the proposed notices is the deadline

by which putative class members must opt out of the lawsuit.  As trial in this action is set for September 7, 2015, the deadline to opt out of the lawsuit shall be August 21, 2015, giving class members more than 60 days to opt out.  Accordingly, it is

ORDERED AND ADJUDGED that the Motion, D.E. 316, is GRANTED.  The Class's agreed upon short-form and long-form notices are approved.  The Court also approves the Class's notice program.  The Class SHALL send notice to class members, either by email or by United States postal mail, no later than **Friday, June 5, 2015.**

DONE AND ORDERED in Miami, Florida this 1st day of June, 2015.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record