**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 1:14-cv-21559-UU

BRIAN MORGAN,
on behalf of himself and all
others similarly situated,

    Plaintiff,

v.

PUBLIC STORAGE,

    Defendant.
_____/

**ORDER REQUIRING RESPONSE**

    THIS CAUSE is before the Court upon the Class' Unopposed Motion for Preliminary Approval of Class Settlement, for Certification of the Settlement Class, and Approval of the Notice Program, D.E. 367.

    THE COURT has considered the pertinent portions of the record, and is otherwise fully advised in the premises. Upon review of the Class' Proposed Order, the Court concluded that certain provisions should be added. A draft of the Court's order preliminarily approving class settlement, certifying settlement class, and approving notice program is attached as Exhibit A to this Order Requiring Response. A legal blackline comparing the revised order with the original proposed order is attached as Exhibit B to this Order. Accordingly, it is

    ORDERED and ADJUDGED that the parties SHALL review the draft order and inform the Court as to whether they have any objections to the order no later than **5:00 p.m.** on **Monday, October 19, 2015**.

DONE AND ORDERED in Chambers at Miami, Florida, this 16th__ day of October, 2015.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: Counsel of Record