UNITED STATES DISTRICT COURT
SOUTERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:14-CV-21559-UU

BRIAN MORGAN, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.

PUBLIC STORAGE, a Maryland
Real Estate Investment Trust,

    Defendant.
_____/

## PLAINTIFF'S MOTION TO ENLARGE PAGE LIMIT FOR PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT AND FOR ATTORNEYS' FEES AND EXPENSES

Plaintiff respectfully requests that the Court enlarge the page limit for Plaintiff's Motion for Final Approval of Settlement and for Attorneys' Fees and Expenses by twenty pages, for a total of forty pages, and in support states as follows.

1. Plaintiff is preparing the Motion for Final Approval of Settlement and for Attorneys' Fees and Expenses.

2. In so doing, Plaintiff has realized that twenty pages is insufficient for Plaintiff to fully address all of the necessary issues, including the history of the litigation, the factors for final approval of a class action settlement, and the factors underlying the requests for fees, costs, and an incentive award.

3. Accordingly, Plaintiff seeks an additional twenty pages to ensure that all of the applicable issues are fully addressed. This request is not being made for any improper motive and does not prejudice any of the parties.

{00053774. 1 }

WHEREFORE, Plaintiff respectfully requests that the Court enlarge by twenty pages the page limit for Plaintiff's Motion for Final Approval of Settlement and for Attorneys' Fees and Expenses.  A proposed order is attached hereto as Exhibit A.

Dated: January 14, 2016                                   Respectfully submitted,

*/s/ Scott B. Cosgrove*
Scott B. Cosgrove, Esq.
  Fla. Bar No. 161365
Alec H. Schultz, Esq.
  Fla. Bar No. 35022
Constantine P. Economides, Esq.
  Fla. Bar No. 118177
LEÓN COSGROVE LLC
255 Alhambra Circle, Suite 800
Coral Gables, Florida 33134
Tel:     305.740.1975
Email:scosgrove@leoncosgrove.com
Email: aschultz@leoncosgrove.com
Email: ceconomides@leoncosgrove.com

*AND*

*/s/ David M. Buckner*
David M. Buckner, Esq.
  Fla. Bar No.: 60550
Seth E. Miles, Esq.
  Fla. Bar No.: 385530
Brett E. von Borke, Esq.
  Fla. Bar No.: 0044802
Buckner + Miles
2811 S.W. 3rd Avenue
Miami, Florida  33129
E-mail: david@bucknermiles.com
E-mail: seth@bucknermiles.com
E-mail: vonborke@bucknermiles.com

*Counsel for Plaintiff Brian Morgan and the Class*

**CERTIFICATE OF GOOD FAITH CONFERENCE**

I certify that I attempted to contact Defendant's counsel before filing this motion, as required by S.D. Fla. L.R. 7.1(a)(3), but did not receive a response.

                                                        */s/ David M. Buckner*
                                                        David M. Buckner, Esq.

**CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing was served by e-mail via the CM/ECF system on January 14, 2016 on the counsel listed below:

| | |
|---|---|
| David P. Ackerman, Esq. | Steven A. Hirsch, Esq. |
| Scott Jeffrey Link, Esq. | John Keker, Esq. |
| Kristen Lee McKeever, Esq. | Paven Malhotra, Esq. |
| Elio Raul Novoa, Jr. | Erin E. Meyer, Esq. |
| Ackerman, Link & Sartory | David J. Silbert, Esq. |
| 777 South Flagler Drive, Suite | Anjali Srinivasan, Esq. |
| 800 East West Palm Beach, FL | Quyen Ta, Esq. |
| 33401 | Michelle Ybarra, Esq. |
| Tel: (561) 838-4100 | Keker & Van Nest LLP |
| Fax: (561) 838-5305 | 633 Battery Street |
| dackerman@alslaw.com | San Francisco, CA94111 |
| slink@alslaw.com | Tel: (415) 676-2286 |
| kmckeever@alslaw.com | Fax: (415) 397-7188 |
| rnovoa@alslaw.com | shirsch@kvn.com |
| | jkeker@kvn.com |
| | pmalhotra@kvn.com |
| | emeyer@kvn.com |
| | dsilbert@kvn.com |
| | asrinivasan@kvn.com |
| | qta@kvn.com |
| | mybarra@kvn.com |

*Co-Counsel for Defendant Public Storage*

                                                       */s/ Scott B. Cosgrove*
                                                        Scott B. Cosgrove