UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:14-cv-21559-UU

BRIAN MORGAN,
on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

PUBLIC STORAGE,

    Defendant.
_____/

## ORDER RESETTING FAIRNESS HEARING AND HEARING ON PLAINTIFF'S MOTION FOR ATTORNEYS FEES AND COSTS

THIS CAUSE came before the Court for a Telephone Conference on January 15, 2016. In accordance with the Court's rulings during the conference, it is

ORDERED AND ADJUDGED that:

(1) THIS CAUSE is hereby re-set for a final fairness hearing before the Honorable Ursula Ungaro, at the United States Courthouse, 400 North Miami Avenue, Room 12-4, Miami, Florida, on **Monday**, **February 29, 2016**, at 11:00 A.M. Class counsel will update the settlement website, www.publicstorageinsurancelawsuit.com, to reflect the changed date of the final fairness hearing.

  (2) Class counsel SHALL have until **Friday, February 12, 2015** to file a response to the Objection to the Proposed Settlement, D.E. 373.

  DONE AND ORDERED in Chambers at Miami, Florida, this 15TH day of January, 2016.

              _____
              URSULA UNGARO
              UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf