# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 14-cv-21559-Ungaro/Otazo-Reyes

BRIAN MORGAN,
on behalf of himself and all others
similarly situated,

      Plaintiffs,

v.

PUBLIC STORAGE, a Maryland           **CLASS ACTION**
Real Estate Investment Trust,

      Defendant.
_____/

## SUPPLEMENTAL DECLARATION OF ERIC SCHACHTER

    1.    I am a Vice President of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), whose corporate office is located in Milwaukee, Wisconsin. Pursuant to the Court's Order Preliminarily Approving Class Settlement, Certifying Settlement Class, and Approving Notice Program, entered October 21, 2015 (the "Preliminary Approval Order"), A.B. Data was authorized to act as the Claims Administrator[1] in connection with the Settlement in the above-captioned lawsuit. I am over 21 years of age and I am not a party to this lawsuit. I have personal knowledge of the facts set forth herein and, if called as a witness, would testify competently thereto.

---

[1] Capitalized terms not defined in this Declaration shall have the meanings set forth in the Settlement Agreement and Release (the "Settlement Agreement") executed between the parties on October 9, 2015, and the Preliminary Approval Order.

## THE NOTICE PROGRAM

2.      As more fully detailed in my Declaration of Eric Schachter filed with the Court on January 15, 2016 (the "Notice Declaration"), A.B. Data was responsible for implementing the Notice Program to provide notice to Settlement Class Members. The Notice Program consisted of (1) email notice to Settlement Class Members for whom Public Storage had email addresses ("Email Notice"); (2) postcard notice to Settlement Class Members for whom Public Storage did not have email addresses ("Mailed Notice"); (3) publication notice designed to reach those Settlement Class Members for whom direct mail or email notice was not possible or successful ("Published Notice"); and (4) a long-form notice with more detail than the email, postcard, and publication notices available on the Settlement Website (www.publicstorageinsurancelawsuit.com) ("Long-Form Notice").

3.      To ensure deliverability for the Email Notice, A.B. Data utilized a third-party vendor that specializes in mass email notifications. A.B. Data has utilized this vendor in other class action notice programs.

4.      A.B. Data's account with this vendor is preapproved to send the Email Notice from specific IP pools that are used solely for legal-related/Court-authorized emails to avoid spam filters.

5.      A.B. Data used a number of best practices to ensure deliverability and to be in compliance with the CAN-SPAM Act. For example, a) the Email Notice contained text only with no attachments to the Email Notice that would unnecessarily trigger spam filters; b) the "From" email address was an actual, valid, and operational email address; c) the subject line of the Email Notice avoided certain spam-centric phrases and included the case caption as an accurate

description of the subject of the email; and d) the Email Notice contained an option via which recipients could "unsubscribe" from future emails.

6. As detailed in the Notice Declaration, approximately 24% of the Mailed Notices were returned by the United States Postal Service as undeliverable as addressed ("UAA"). Comparatively, approximately 11% of the Email Notices were not delivered because the email addresses of record concerned were no longer valid.

7. A.B. Data also established a toll-free telephone number that was posted on the Settlement Website (www.publicstorageinsurancelawsuit.com) that Class members could call and via which they could hear prerecorded messages containing information also set forth in the Long-Form Notice. The toll-free telephone number was 866-217-4455. At the end of the main prerecorded message, the Class member could leave a message and an employee from A.B. Data with knowledge about the lawsuit and Settlement would return the Class member's call.

8. The Settlement Website (www.publicstorageinsurancelawsuit.com) was created to provide Class members with detailed information about the lawsuit, including various orders and pleadings. In addition, the Settlement Website contained certain terms to ensure that when the terms "Public Storage" and "Lawsuit" were searched through Google, the Settlement Website would be listed on the first page of Google results.

Executed this 10th day of February 2016.

_____
Eric Schachter

3