# Exhibit 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-21559-CIV-UNGARO

BRIAN MORGAN,
on behalf of himself and all others
similarly situated,

    Plaintiffs,

vs.

**CLASS ACTION**

PUBLIC STORAGE, a Maryland
Real Estate Investment Trust,

    Defendant.
_____/

### DECLARATION OF BALA KALIDINDI

I, Bala Kalidindi, declare and state as follows:

1. I am Director Application Development for Public Storage. As part of my job responsibilities, I have personal knowledge of the manner in which Public Storage's uses email to communicate with its tenants. If called as a witness, I could and would, based on personal knowledge, testify competently to the matters below.

2. Public Storage utilizes email to communicate with its tenants in the ordinary course of its business. Public Storage uses email not only because it has determined email to be an efficient and reliable means of communicating with tenants, but also because many tenants prefer to communicate through electronic means.

3. One of the categories of information Public Storage collects from its tenants when they sign a new lease is the tenant's email address.

1025115

4. Tenants can access details about their accounts and make changes to their account by logging into Public Storage's website at www.publicstorage.com. Tenants can log into the website by using their Username/email addresses.

5. In the ordinary course of its business, Public Storage only provides monthly invoices to its tenants via email.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this declaration is executed this 8th day of February, 2016 at Glendale, California.

_K. V. Balarama Rju_
Bala Kalidindi