Public Storage
vs
Morgan

Judge Ursula Ungaro
Case No. 14-CV 21559

FILED BY _____ D.C.
FEB 24 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Objections to Class Action Settlement.

My is Arthur Putman my Claim No. is 30213391. my Narrative is attached, and I pray that this court will acknowledge the Continuous Criminal active that Public Storage continue to engage in.

Please review attachments, A and B

SCANNED

1020 NW 23rd Ave
Ft Lauderdale, FL 33311-5750
Phone: 9545845869

**Public Storage**

To

ARTHUR PUTMAN
9140 NW 35TH PLACE
SUNRISE , FL 33351

## Customer Transaction Journal

Account No. 17181860
04/14/2013 - 01/07/2016
Generated: 01/07/2016 02:48:00 PM

**Rental Unit: E083**

| | | |
|---|---|---|
| Move-in: 04/14/2013 | Rent: $70.00 | Due Day: 1 |
| Pay Type: In Advance | Tax: $4.20 | Unit Size: 5.0 x 10.0 |
| Paid Thru: 11/30/2015 | Ins: $0.00 | Auto Pay: Off |

**GL Account Balance Summary**

| | | |
|---|---|---|
| Date: 01/07/2016 | Name: Rent | Balance: $89.06 |
| Date: 01/07/2016 | Name: Late Fees | Balance: $79.20 |
| Date: 01/07/2016 | Name: Bad Check Charge | Balance: $0.00 |
| Date: 01/07/2016 | Name: Rent Tax | Balance: $5.34 |
| Date: 01/07/2016 | Name: Insurance | Balance: $0.00 |
| Date: 01/07/2016 | Name: Admin (Move in) Fee | Balance: $0.00 |
| Date: 01/07/2016 | Name: Lien Fee | Balance: $55.50 |
| Date: 01/07/2016 | Name: Prepaid Insurance | Balance: $0.00 |
| Date: 01/07/2016 | Name: Admin Fee Tax | Balance: $0.00 |
| Date: 01/07/2016 | Name: Convenience Fee | Balance: $0.00 |
| Date: 01/07/2016 | Name: Lien Fee 2 | Balance: $0.00 |

### Transaction Details

| | Date | Transaction | Description | Unit Price | Discount | Total | Balance | PaidThru |
|---|---|---|---|---|---|---|---|---|
| 199 | 01/07/2016 | Delinquency | Late Fee | | | $20.00 | $229.10 | |
| | | Late Charge 1 | | | | $0.00 | | |
| | | Ad #1 | | | | $0.00 | | |
| | | Late Fees | | | | $20.00 | | |

continued on next page...

1020 NW 23rd Ave  
Ft Lauderdale, FL 33311-5750  
Phone: (954) 584-5869

**Public Storage**

ARTHUR PUTMAN  
9140 NW 35TH PLACE  
SUNRISE, FL 33351

### Account #17181860, Rent Payment Receipt #586789732
01/11/2016 12:51:30 PM

**Unit #: E083**

| | | | | | | |
|---|---|---|---|---|---|---|
| Rent: | $70.00 | Rent Tax: | $4.20 | Insurance: | $0.00 | |
| Monthly Payment: | $74.20 | Next Pmt. Due: | 01/01/2016 | Payment Method: In Advance | | |

| | Previous Balance | Credits | Payment | Remaining Balance |
|---|---|---|---|---|
| Rent | $89.06 | $0.00 | $70.00 | $19.06 |
| Tax | $5.34 | $0.00 | $4.20 | $1.14 |
| Insurance | $0.00 | $0.00 | $0.00 | $0.00 |
| Fees | $134.70 | $0.00 | $0.00 | $134.70 |
| Misc | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$229.10** | **$0.00** | **$74.20** | **$154.90** |

| | |
|---|---|
| **Total Previous Bal.** | $229.10 |
| **Total Credits** | $0.00 |
| Cash | |
| Check | |
| Credit Card | $74.20  *****9374 |
| **Total Payment** | $74.20 |
| **Total Remaining Bal.** | $154.90 |

**Card Member agrees to pay total credit card amount in accordance with agreement governing use of such card:**

X_____

*Thank you for choosing Public Storage!*

Feb 10, 2016

## Objections to Ratification of Settlement

I Arthur Pitman being of sound mind, write these objections, to Morgan vs Public Storage Class Action Settlement. On April 14, 2013 I rented locker space E083, See ex (A) and up until today I still have that space.

1) The Settlement, what clocked at 10 millions dollars and now that it has been agreed upon the Settlement has been depleted by half of the posted amount

2) I need to bring to the attention of this Court the criminal action no 1, On or about Jan 7, 2016, I was called to report to 1020 NW 23rd Ave Public Storage, Upon arrival, I was instructed that both locks was cut off of my storage space E83 when I inquired to for what reason I was told for none payment of rent, I asked the Property Mgr. for my account record more then 3 yrs since I'F been there, I asked Her to call the Operational Mgr. Vance upon speaking Vance I explained to him that he needed to come to the property so that I could call the Police to make a report for B&E at this point, Vance placed me on hold and

Darlene BD-15-064333
9-23-15

called the Prop. Mgr and instructed Her to call the Police and she did, but Vence got back to me and told me to go to the Unit get as much clothes that I could carry and once I got my things that he would whip the account clean, I entered the Unit got my Coat and my Wifecoat Mary Hurd and by the time that I got back into the truck two Ft Lauderdale Police Officers, Robinson ID 1405 and a Sgt, He didn't give his name case number 15-005481 Watched as I paid my Jan. rent after I left, and wasn't allowed to get into my paid for rent, they put the money back into my account and I was told that my space E83 was up for auction on 1-26-16 and the property Mgr. told me that I was allowed to get me property if I could get it all right then. Now I wouldn't've gotten all property, but the exact same thing happened to my locker space in Ohio locks was cut didn't owe Public Storage not one penny and yet again the same called the Fairfield Police and after speaking with the property Mgr. The same Police that I called came back to Me and my wife Mary Hurd

and informed Us that, It was a Civil Issue, The case number for that is

(3) And now more so then ever I petition this court to not Ratify this Settlement because the amount was cut in half from 10 millions, to 5 million.

(4) That the Trustees appointed be from the Southern Florida, Why should the case be Settled here and the Settlement be divide in the North West its too many variables that this Court has to address. These are my objections and in closing, Washington Vs United States clearly states that, I cannot be held to the same Standards as a Attorney. And I pray that this Courts, Acknowledge my Objection

Respectfully I Remain
Arthur Rutmann
P.O. Box 17684 Plantation Fl.
33918
754-209-4585