Morgan v Judge Ungaro

Case # 1:14 CV 21559

Public Storage

Write ~~Motion~~ to Show Cause as to why the Administrative Order that was Ordered on March 10, 2016 and Everyone was paid but Arthur Putman. On March 9, 2016 this court entered an Omnibus Order Granting final approval of the Class Action Settlement. So where is my share of this Settlement? now that the case is closed. I thank you in advance for your attention of this matter

Respectfully I Remain