FILED BY HH
May 3, 2017
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 03, 2017

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 17-10290-D
Case Style: Arthur Putman v. Public Storage, et al
District Court Docket No: 1:14-cv-21559-UU

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Scott O'Neal, D/lt
Phone #: (404) 335-6189

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 17-10290-D

COLIN BOWE, et al.,

                                                                                                             Plaintiff,

BRIAN MORGAN,

                                                   Plaintiff-Appellee,

ARTHUR PUTMAN,

                                      Interested Party-Appellant,

versus

PUBLIC STORAGE,

                                        Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Florida

Before: WILLIAM PRYOR, JORDAN, and JULIE CARNES, Circuit Judges.

BY THE COURT:

    This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Arthur Putman, proceeding *pro se*, has appealed from a March 7, 2016, order denying his motion to stay certain rulings, an April 15, 2016, order denying two of his postjudgment motions, and a June 27, 2016, order denying four additional postjudgment motions. Mr. Putman's notices of appeal, filed on July 28 and 29, 2016, were untimely to appeal from the district court's orders. *See*

Fed. R. App. P. 4(a)(1)(A); *Green v. Drug Enforcement Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010) (noting that a timely notice of appeal in a civil action is a jurisdictional requirement). Moreover, we cannot entertain this appeal because Mr. Putman is not a party to this action for purposes of taking an appeal. *See Devlin v. Scardelletti*, 536 U.S. 1, 7 (2002) (noting that "only parties to a lawsuit, or those that properly become parties, may appeal an adverse judgment" (quotation omitted)). Mr. Putman was not a member of the class, nor did he seek to intervene in the action. Therefore, Mr. Putman may not pursue an appeal from the district court's denial of his motions, all of which concerned the propriety of a class-action settlement. *See AAL High Yield Bond Fund v. Deloitte & Touche LLP*, 361 F.3d 1305, 1309-11 & nn.4-6 (11th Cir. 2004) (holding that objectors to a class-action settlement who are not class members and have not moved to intervene may not appeal the settlement or the denial of their objections to it). All pending motions are DENIED as MOOT.

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.