UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:14-cv-21559-UU

COLIN BOWE, *et al.*,

    Plaintiff

v.

PUBLIC STORAGE,

    Defendant.

_____/

## **ORDER ON MOTION TO PROCEED IN FORMA PAUPERIS**

THIS CAUSE came before the Court upon Non-Party Arthur Putnam's *pro se* Motion to proceed *In Forma Pauperis* (the "Motion"). D.E. 434.

THE COURT has reviewed the Motion, and is otherwise fully advised in the premises. On February 24, 2016, Mr. Putnam filed an untimely objection to the class action settlement agreement. D.E. 399. The Court considered Mr. Putnam's objection at the February 29, 2016 final settlement approval hearing and determined that (1) Mr. Putnam's objection was untimely; (2) Mr. Putnam was not a member of the class at issue in this case because he did not purchase insurance from Public Storage; and (3) this case addressed issues entirely unrelated to Mr. Putnam's issues with Public Storage. On March 3, 2016, Putnam moved to stay enforcement of the Settlement Agreement, D.E. 403, which the Court Denied, D.E. 405. On March 10, 2016 the Court closed the case after granting final approval of the class action settlement. D.E. 408. On April 13, 2016, Putnam again moved to set aside the Court's Order approving the Settlement Agreement, D.E. 409, which the Court also denied, D.E. 410. Putnam filed various other motions on June 24, 2016, which the Court denied as incoherent and frivolous. D.E. 412-415.

1

Putnam filed a notice of appeal as to the Court's denying of two of his post-judgment motions, D.E. 417, which the Eleventh Circuit denied as both untimely and irrelevant as Putnam was not a member of the class. D.E. 433. In the instant Motion, Putnam moves to proceed *in forma pauperis*. D.E. 434. The case is closed, the Court has denied Putnam's post-trial motions, and the Eleventh Circuit Court of Appeals has denied Putnam's appeal. Accordingly, it is

ORDERED AND ADJUDGED that Plaintiffs' Motion for Leave to Proceed *in Forma Pauperis,* D.E. 434, is DENIED. It is further

DONE AND ORDERED in Chambers at Miami, Florida, this _20th__ day of April, 2018.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE


cc: Counsel of Record
Arthur Putnam *pro se* non-party